■ In the Matter of the Estate of FRED P. ZACHER, Deceased.— ■

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.